7397

JENKINS v. ATLANTIC COAST LINE R. R. CO:

RULED by *Jenkins* v. *R. R., ante,* 343.

Before WILSON, J., Sumter, July, 1908. Affirmed.

Action by R. M. Jenkins against Atlantic Coast Line Railroad Company. From order affirming judgment of Magistrate H. L. B. Wells, defendant appeals.

*Messrs. P. A. Willcox, Mark Reynolds* and *Lucian W. McLemore,* for appellant.

*Messrs. Lee & Moise,* contra.

November 30, 1909.  The opinion of the Court was delivered by

MR. JUSTICE GARY.  In this case the Circuit Court affirmed the judgment of the magistrate of Sumter county, for three dollars and twenty-five cents damages, for loss of twelve stock beams, a part of shipment from Richmond, Va., to St. Charles, S. C., the point of delivery, and for the statutory penalty of fifty dollars, with costs.

This case is controlled by the decision of the same plaintiff against the same defendant, relating to a shipment of shoes, which has just been filed.

It is the judgment of this Court, that the judgment of the the Circuit Court be affirmed.

MR. CHIEF JUSTICE JONES *and* MR. JUSTICE WOODS *concur under the authority of Jenkins v. R. R., just decided by the Supreme Court en banc.*